**PAGE 6A**

reckless and illegal behavior.

 

☰    Q  ● r/Daniellarson ✕           💬  + Create  🔔  

## November 12

news
I'm back...



⬆ **40** ⬇     💬 **49**     ↗ Share

 **SmartVault** · Promoted                                                        •••

How many hours of your tax season are disappearing into document chaos? Find
out exactly what you could save with our ROI calculator. Your time is money – see
the numbers. 👍

[ Learn More ]                                        smartvault.com

**Tax Season is Approaching!**
Calculate how many
hours you can save with
SmartVault!
▣ SmartVault    [ Show Me! ]

Share your thoughts

Sort by:  Best ⌄     Q Search Comments

🔺 **Crashtins** · 13d ago ·

November 1... Case: 4:24-cv-01635-PLC    Doc. #: 1-1    Filed: 12/04/24    Page: 3 of 9 PageID #: 10    ...reddit.com/r/Daniellarson/comments/1grlp64/november_12/

25        Reply        Share

**Salt-Flatworm6072** · 13d ago ·
pink room

Also that josh recorded a song with grace and kissed her

6        Reply        Share

**Exotic_Scale_4046** · 13d ago ·
Ticonderoga ✏️

Josh is hitting his spine 🫠 🫠

0        Reply        Share

**Salt-Flatworm6072** · 13d ago ·
pink room



2        Reply        Share

**DorkDiariesBad** · 13d ago ·
Larstorian

IM HITTING MY SPINE

22        Reply        Share

**Prestigious_Glass146** · 13d ago ·

Once again Bobs been lying and conspiring against Daniel. He's just the monkey in the middle who is being framed and definitely did not do anything wrong or illegal. Why is he not free?? Tina won't step up!!

   r/Daniellarson ✕      ⋯  + Create  🔔   

[deleted] • 13d ago •

The ups and downs this sub has with you is insane lmao. One day your the goat the next they all hate you hahaha

25          Reply          Share

 yerdatren • 13d ago •

Who's this fruit

38          Reply          Share

Salt-Flatworm6072 • 13d ago •
pink room

One of dandersons lovers

22          Reply          Share

MunsterGael • 13d ago •

One of Daniels "managers" and confirmed lover

7          Reply          Share

Better_Word_4378  OP • 13d ago •
Official Clarky Warky

Shit only the goat for the past year

-31          Reply          Share

TarantulaCaptain • 13d ago •

You realize what GOAT mean right? Greatest of all time.... Not just "the past year." Is there a reason you're so douchey?

14          Reply          Share

[deleted] • 13d ago •

Comment removed by moderator

1          Reply          Share

 AutoModerator  MOD • 13d ago •

We require a minimum account age of 10 days and a minimum combined karma of 150 to participate here.

*I am a bot, and this action was performed automatically. Please* <u>contact the moderators of this subreddit</u> *if you have any questions or concerns.*

3          Reply          Share

     

☰   🔍   ⬤ r/Daniellarson ✖         💬   ＋ Create   🔔

Bob is fucking lying as usual

8          Reply          Share

 **callfckingdispatch** · 13d ago ·
I will ⬤ an aquarium and the world    🔊 Top 1% Commenter

Emergency?

8          Reply          Share

> **lizboardn** · 13d ago ·
> Lord drop a bomb on me
>
> Call fkn dispatch! 🔔
>
> 3          Reply          Share

 **will2fight** · 13d ago ·

???

5          Reply          Share

**Salt-Flatworm6072** · 13d ago ·
pink room

What an edgy, cool and handsome young man.

9          Reply          Share

**SambeSiili** · 13d ago ·

I'm sure he's a respectable, fine young man with good morals and a smart head on his shoulders. (☞ﾟヮﾟ)☞

8          Reply          Share

**anywaythough** · 13d ago ·





☰   Q  ● r/Daniellarson ❌         ⋯  + Create  △  

20        Reply     Share

**Rexraptor92** · 13d ago ·
is it true you like sex 👉 👌     🅱 Top 1% Commenter

He tells us to get a life while he's still talking to Daniel. I thought he said he was done with him? Hypocrisy, lol.

4         Reply     Share

**rocco_1794420** · 12d ago ·
JUsT So YoU gUys Know Im a LaWyEr! 💅

So this dude is as much of an idiot as he seems? Lol

2         Reply     Share

**Better_Word_4378** OP · 13d ago ·
Official Clarky Warky

Everyone begs for updates and Daniel content. It takes me no time at all out of my day to do so, better then that p3do sippy

-8        Reply     Share

**anywaythough** · 13d ago ·

If everyone begged you to blow Daniel upon his release from the Feds, would you do it? I bet you could get the job done in under a minute if you tried. It'd be no time out of your day to do so... less time than that phone call. Be great content too, you'd really show soppy who's boss...dork boy.

6         Reply     Share

**anywaythough** · 13d ago ·

Sure thing...dork boy

10        Reply     Share

**Bigbells42069** · 13d ago ·
I got fully rapped 🎤



☰  🤖   Q   🔴 r/Daniellarson ⊗           💬   ＋ Create   🔔   🟤



| 8 | Reply | Share |

**rainbowbritesspite** · 8d ago ·

No 1 begs for anything and also why would anyone beg you when all you do is threaten to gatekeep. You know a foia request can be made for all of his phone calls right? Keep thinking everyone's begging you for content and keep threatening to gatekeep

| 1 | Reply | Share |

🟤 **Born-Earth6615** · 13d ago ·

Clark Redemption Arc

| 6 | Reply | Share |

🟤 **Kloenkies** · 13d ago ·
Bob just hit me with his car 🚗 🏃

I understand...

| 3 | Reply | Share |

**rocco_1794420** · 12d ago ·
JUsT So YoU gUys Know Im a LaWyEr! ⚖️

The dude sounds like he's 15 years old lol

| 3 | Reply | Share |

**revivaleast** · 13d ago ·

My goat is back no way 🐐

| 7 | Reply | Share |

🟤 **Ok-Newt9168** · 13d ago ·

this dude fuckin sucks

 ☰  🔍  r/Daniellarson ✕   💬 ＋ Create 🔔 

**Past-Mycologist3843** · 13d ago ·
im hitting my spine 🫣

Welcome back Clark 😶

2        Reply        Share

**Digiidaz** · 12d ago ·

lesser of 2 evils

2        Reply        Share

**IamtheDanr** · 13d ago ·

He's an evil bastard, but I'd bang him lmao

-1        Reply        Share

**FaithlessnessFree650** · 13d ago ·
Celebrity in jail 🚗

Your standards are in hell huh

4        Reply        Share

**revivaleast** · 13d ago ·

Please do a face reveal

1        Reply        Share

 **TimAppleCockProMax69** · 13d ago ·

Who?

1        Reply        Share

 **anxiousandexhausted** · 12d ago ·
KILL 😵 KILL 😵 KILL 😵 KILL 😵 KILL 😵

Not desperate enough for this same boring content. Make him lose his shit by telling him he's crazy and none of that shit is real.

1        Reply        Share

**southoftheborder-dog** · 11d ago ·

That guy will never amount to shit. Lil sippy 2. He needs a born to lose tattoo on his face.

1        Reply        Share

     

≡    🔍    ● r/Daniellarson ✕                💬    + Create    🔔

Foia request for all phone calls made.

1          Reply          Share

**rainbowbritesspite** • 8d ago •

It looks like you took this video in a library or maybe a municipal courtroom???? Wtf

1          Reply          Share