Nicholas Werling
P.O. Box 803
Sun Prairie, WI 53590-0803

RECEIVED
DEC 04 2024
BY MAIL



USPS CERTIFIED MAIL®

9507 1066 7806 4333 6786 69

United States District Court for the Eastern District of Missouri, Saint Louis
office of the clerk
Thomas F. Eagleton United States courthouse
111 South Tenth Street
Suite 3.300
Saint Louis, Mo 63102-1123
USA