RECEIVED
DEC 16 2024
BY MAIL

United States District Court
Eastern District of Missouri

Nicholas Scott Werling, p/k/a Lil Sippy

*Plaintiff*

v.

Griffin Menne, a/k/a Clark, a/k/a Clark & Associates, a/k/a @clarkywarky69 (on YouTube), a/k/a Better_Word_4378 (on Reddit)

*Defendant*

Case No. 4:24-cv-01635-PLC

# PLAINTIFF'S RULE 7.1(A)(2) DISCLOSURE STATEMENT

This disclosure statement is filed on behalf of Plaintiff Nicholas Werling in compliance with Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement which must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a). Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or

1

intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

Plaintiff **NICHOLAS SCOTT WERLING** is a resident of **Sun Prairie, Dane County, Wisconsin, United States of America**.

Defendant **GRIFFIN MENNE** is a resident of **Kirkwood, St. Louis County, Missouri, United States of America**.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated and submitted this 11th day of December, 2024

*[signature]*

Nicholas S. Werling,
    *Plaintiff*

Nicholas Werling
P.O. Box 803
Sun Prairie, WI 53590-0803

RECEIVED
DEC 16 2024
BY MAIL

MILWAUKEE WI 530
11 DEC 2024 PM 1 L



United States District Court for the Eastern District of Missouri, St. Louis Division
Office of the Clerk
ATTN: Case No. 4:24-CV-01635-PLC
Thomas F. Eagleton United States Courthouse
111 South Tenth Street
Suite 3.300
Saint Louis, MO 63102-1123
USA

63102-112325