UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS SCOTT WERLING, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 4:24-CV-01635-PLC |
| ) | |
| GRIFFIN MENNE, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

# **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Patricia L. Cohen to District Judge Sarah E. Pitlyk.

December 16, 2024  
Date

*Nathan M. Graves*            /  
Clerk of Court

By:  /s/ Tiffany Roskowski            /  
TIFFANY ROSKOWSKI  
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:24-CV-01635-SEP**