RECEIVED
DEC 18 2024
BY MAIL

United States District Court
Eastern District of Missouri

Nicholas Scott Werling, p/k/a Lil Sippy

*Plaintiff*

v.

Griffin Menne, a/k/a Clark, a/k/a Clark & Associates, a/k/a @clarkywarky69 (on YouTube), a/k/a Better_Word_4378 (on Reddit)

*Defendant*

Case No. 4:24-cv-01635-PLC

# PLAINTIFF'S CERTIFICATE OF SERVICE

The plaintiff in the above-captioned action hereby certifies that:

1. Plaintiff served his *Notice Regarding Magistrate Jurisdiction* on Defendant Menne via USPS on December 10, 2024. Video proof of service of Plaintiff's *Notice Regarding Magistrate Judge Jurisdiction* can be viewed at https://www.youtube.com/watch?v=6YH7hkDo2B8 and
2. Plaintiff served his *Rule 7.1(a)(2) Disclosure Statement* on Defendant Menne via USPS on December 11, 2024. Video proof of service of Plaintiff's *Rule 7.1(a)(2) Disclosure Statement* can be viewed at https://www.youtube.com/watch?v=430zw2ay0fY.

Dated and submitted this 13th day of December, 2024

Nicholas S. Werling,
*Plaintiff*

Nicholas Werling
P.O. Box 803
Sun Prairie, WI 53590-0803

RECEIVED
DEC 18 2024
BY MAIL

MILWAUKEE WI
13 DEC 2024 PM 2



United States District court for the Eastern District of Missouri, Saint Louis Division
office of the clerk
ATTN: Case No. 4:24-CV-01635-PLC
Thomas F. Eagleton United States Courthouse
111 South Tenth Street
Suite 3.300
Saint Louis, MO 63102-1123
USA

63102-112748